DOUGLAS A. SCULLION (BAR NO. 215339)
ANNA S. YOUSSEFI (BAR NO. 260911)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267 4198
E-mail: doug.scullion@dentons.com
anna.youssefi@dentons.com

ATTORNEYS FOR DEFENDANT
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

Ronald Dean
Ronald G Dean Law Offices
1155 Via De La Paz
Pacific Palisades, CA 90272-2508
310-459-1636
Fax: 310-459-6224
Email: rdean@74erisa.com

ATTORNEYS FOR PLAINTIFF
CHEN CRAIG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI CRAIG,<br><br>    Plaintiff,<br><br>  v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:17-CV-00007-RGK-JEM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to F.R.C.P. Rule 41(a), Plaintiff Cheri Craig and Defendant The Lincoln National Life Insurance Company, hereby stipulate that the above-entitled action be dismissed, with prejudice, and with each party to bear its own costs and attorney fees incurred herein.

IT IS SO STIPULATED.

Dated: August 4, 2017     DENTONS US LLP

By: */s/ Douglas Scullion*
     Douglas Scullion

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Dated: August 4, 2017     RONALD G DEAN LAW OFFICES

By: */s/ Ronald Dean*
     Ronald Dean

Attorneys for Plaintiff
CHERI CRAIG

## ATTESTATION OF E-FILED SIGNATURE

I, Douglas Scullion, am the ECF user whose ID and password are being used to file this Stipulation For Dismissal With Prejudice. In compliance with Local Rule 5-4.1.2, I hereby attest that Ronald Dean, counsel for Plaintiff, has concurred in this filing.

Dated: August 4, 2017     DENTONS US LLP

    */s/ Douglas Scullion*
    Douglas Scullion

Attorneys for DEFENDANT
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

104515791

CASE NO: 2:17-CV-00007-RGK-JEM     - 2 -     STIPULATION FOR DISMISSAL WITH PREJUDICE

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000